UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DERRICK HAMILTON,

                Plaintiff,

-against-

ANDREW CUOMO, New York State Attorney General; EDWARD M. RAPPAPORT, Former Supreme Court Justice; CHERYL CHAMBERS, Supreme Court Justice; NEW YORK CITY MUNICIPAL; NEW YORK STATE; CHARLES HYNES, Kings County District Attorney, In Their Individual and Official Capacities,

                Defendants.
------------------------------------------------------------------X

JUDGMENT
08-CV-2142 (JG)

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ SEP 1 6 2008 ★

P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on September 12, 2008, dismissing plaintiff's complaint; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that plaintiff's complaint is dismissed; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum and Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal.

Dated: Brooklyn, New York
       September 15, 2008

ROBERT C. HEINEMANN
Clerk of Court

By s/Terry Vaughn
Chief Deputy